# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com

PRINT THIS
Powered by Clickability 

**The TSA's mini 'Watch List'**
Posted by **Sherman Frederick**
Tuesday, May. 25, 2010 at 01:10 PM

Some people say the first mistake was to create the Transportation Security Administration -- it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

Screeners threatening other screeners? If you think I'm making this up, then click here for the rest of this sad story.

I'd like to think that someone in government would have enough sense to put an end to this kind of crazy. But it won't happen on this administration's watch. This is a gang that can't even call the current threat for what it is -- radical Islamic terrorism. I doubt they'd have the backbone to put a stop to a TSA shop steward collecting names of irritated travelers.

**Find this article at:**
http://www.lvrj.com/blogs/sherm/The_TSAs_mini_Watch_List_.html?ref=499

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

# Jerry Ryburg

- About Jerry Ryburg
- RSS Feed

**Subscribe to the RSS Feed Add to your Favorites**

[          ] [ Search ]

## TSA Keeps Watchlist of Peeved Travelers

### Posted on May 26th, 2010 in Featured Stories, Latest | No Comments »

Sherman Frederick
Las Vegas Review Journal
Wednesday, May 26th, 2010

Some people say the first mistake was to create the Transportation Security Administration — it doesn't really stop terrorism, makes flying an even more unpleasant experience, and created a bureaucracy that will live on far past the initial threat.

**Work In Airport Security?**
Earn Your Homeland Security Degree & Do This
And Much More. Start Now!
ChooseICDCCollege.com/Security

**Northrop Grumman Security**
Advanced, Integrated Solutions For Military, Govt &
Private Domains!
NorthropGrummanGlobalSecurity.com

**Homeland Security**
Become a TSA Scanner by Earning Your Degree in
Homeland Security
EarnMyDegree.com

**Homeland Security Degree**
Online homeland security degree. Accredited
online university.
www.APUS.edu/HomelandSecurity

Ads by Google

Not sure I'd agree with all of that. But I will say that we made a fundamental mistake allowing the TSA to unionize. That makes about as much sense as unionizing the military.

For example, we now come to find out that the TSA is keeping a mini "watch list" of its own. It's not a watch list of potential terrorists. It's a watch list of peeved travelers who since 2007 have scared TSA workers by showing anger such as punching walls or kicking equipment. It makes their workplace uncomfortable, don't you know.

And how many pushy travelers are on this list that started in 2007, which includes names, Social Security numbers, home addresses, etc.? Well, TSA says their database has records from about 240 incidents. About 30 incidents involve passengers or airport workers threatening screeners. The remaining 210 incidents involve screeners in conflict with other screeners.

**Homeland Security**
Become a TSA Scanner by Earning Your Degree in Homeland Security
EarnMyDegree.com

**Homeland Security Jobs**
Find & Attend A Homeland Security School - You'll Never Be Jobless!
SearchByDegree.com/HomelandSecurity

**Airport Security Jobs**
Airport Security Jobs Posted Here Search and Apply Online.
www.iHireSecurity.com

**Homeland Security**
Central Texas College Online, Accredited Programs
www.ctcd.edu

Ads by Google

**Full article here**



## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

[Submit Comment]

- ## Recent Articles
    - Video of NAACP Racism Emerges After Resolution Condeming Tea Party Movement
    - Seep Detected Near Capped US Oil Well
    - 'The Obama Deception' Censored
    - Alex Jones on RT: Government Cyber Invasion

  - Biggest expansion of government power over banking, markets since Depression
- **Third Party Ads**













- 

Jerry Ryburg















Copyright © 2010 <u>Jerry Ryburg</u>

<u>ColdBlue</u> v1.0 — A theme by <u>WebRevolutionary</u> & <u>ForWebdesigners</u>

# EXHIBIT 3

# EXHIBIT 3

[23] | Search | Home  Profile  Find Friends  Account



### Jerry Ryburg    Add as Friend

Wall | Info

Send Jerry a Message

Jerry only shares some of his profile information with everyone. If you know Jerry, send him a message or add him as a friend.

Jerry Ryburg is a political commentator and freelance writer who specializes in the areas of political conspiracy and the implications of such.

### About Me

| | | |
|---|---|---|
| **Basic Info** | Sex: | Male |
| | Relationship Status: | Single |
| | Interested In: | Women |
| | Looking For: | Friendship |
| | | Networking |

**Information**

Relationship Status:
Single

**Friends**

141 friends        See All

  

Harold    Neo Teach    Sharon
Hervey                 Louise
                       Hollinshead

  

Dbeezer   Jason    Evan
Dee       Bermas   Nwoinfow
                   arrior
                   Dauster

Report/Block this Person

Share

**Bio**

Jerry Ryburg is a political commentator and freelance writer who specializes in the areas of political conspiracy and the implications of such.

Jerry Ryburg was a lifelong conservative until he personally experienced the devastating effects of Hurricane Katrina in New Orleans – while he and his belongings were spared, the political and emotional effects were strong. Ryburg held strong convictions that the Republicans were the ideal party for America, disputed any and all conspiracy theories, and put a lot of faith in the federal government to fix the nation's problems. In seeking to disprove the conspiracy theories, he only discovered that the evidence was overwhelmingly in favor of the "conspiracy theorists'" side – and, what was worst was seeing their predictions coming true and being predicted in the mainstream press.

Jerry Ryburg is now affiliated with no political party, yet he is often referred to as a libertarian. Ryburg came to this decision not because of Katrina, per se, but as a result of researching the way political parties operate. As a result, Ryburg has discovered or has concluded:

There is a sinister plot worldwide to enslave the people of the world into a tyrannical, global government, commonly referred to as "The New World Order."

There is a false "left-right" paradigm in this country that if you are not Democrat, then you are a Republican. In essence, there is a two party dictatorship in the USA which runs the show. They are all under the influence of international bankers, which willingly fund both sides of every war and both sides of every campaign.

President John F. Kennedy may have been the last president to be truly elected in the USA. Due to his desires to abolish the Federal Reserve and adopt a gold/silver standard for the nation's currency, Kennedy was assassinated. The international cartel of bankers responsible are still controlling Washington D.C. today.

Every president since, including the deified President Ronald Reagan, has become a puppet of the Illuminati, which consists of the Bildeberg Group, The Freemasons, Skull & Bones, Council on Foreign Relations, Bohemian Grove, and others.

The United States Military, unknown to most of its members, do not fight for the interests of the USA but only the corporate interests of the USA. Only the highest ranking military officials know the true function of the military.

The United States of America is in the process of being transformed into an Orwellian society, and this can be seen easily simply by reading the mainstream media sources. Higher taxes, stronger central government, and making things criminal which should not be is becoming the norm in the USA.

The USA will soon become subservient to the United Nations

President Barack Obama is the salesman for a more socialist, fascist society. By sheer hypnosis, Obama won the hearts of the American people, regardless of a past shrouded in mystery, questionable origins, and questionable associations.

### Work and Education

Employers       Jerry Ryburg -- Exposing The New World Order Agenda

### Contact Information

Create an Ad

**Host A Student In Vegas**



Welcome an international high school student into your Las Vegas home. Choose one of these great 2010-11 students to host!

Like

**Sharron Angle**



Sharron Angle is ready to change things in Washington, DC! Let's end business as usual. Click "Like" underneath the ad!

Like

**Curious about your score?**



598 is bad, 700 is good. See your 2010 credit score in two easy steps for $0. With Enrollment.

Like

More Ads

Chat (0)

Facebook | Jerry Ryburg                                        http://www.facebook.com/profile.php?id=100000223894176&ref=search

Facebook © 2010 · English (US)
About · Advertising · Developers · Careers · Privacy · Terms · Help

**Contact Info**

Website:   http://www.jerryryburg.com

Chat (0)

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:         Text

Registration Number / Date:
                      TX0007173597 / 2010-07-14

Application Title: The TSA's mini 'Watch List'.

Title:                The TSA's mini 'Watch List'.

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:     2010

Date of Publication:
                      2010-05-25

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:                Stephens Media LLC
                      Righthaven LLC

================================================================================
```